pwg s

1983 Form

FILED
2014 JAN -2 P 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

BRIAN KEITH GATES
_____

_____

_____

CV-14-B-0005-S

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v E.

JUDGE, JOHN AMARI
_____

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (x)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____N/A_____

      3. Docket Number _____N/A_____

      4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit     N/A

7. Approximate date of disposition     N/A

II. Place of present confinement     EASTERLING CORRECTIONAL FACILITY

   A. Is there a prisoner grievance procedure in this institution?
   Yes ( )    No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (X)

   C. If your answer is YES:

      1. What steps did you take?     N/A

      2. What was the result?     N/A

   D. If your answer is NO, explain why not?   We are not allowed to have prisoner grievance complaint forms here, because too many complaints have been filed against these officers and prison they have several pending lawsuits!

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)   BRIAN KEITH GATES

      Address   BRIAN KEITH GATES, A.I.S.#261145, DORM: ▓▓▓▓ G2-19A
      EASTERLING CORRECTIONAL FACILITY, 200 WALLACE DRIVE
      CLIO, ALABAMA 36017

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __JOHN. ~~████~~ E. AMARI__

is employed as __DISTRICT COURT JUDGE__

at __716 RICHARD ARRINGTON JR. BLVD. N., ROOM 570, BIRMINGHAM, ALABAMA 35230__
Office Numbers: 205-325-5336 or 205-655-8484

C. Additional Defendants _____

IV. Statement of Claim *I am marking out this statement of claim, and sending you a new letter stating the claim. I recently recieved new information evidence to make an even bigger claim against John Amari.*

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

~~Sometime around ████ April of 2008, I had to hire then a normal lawyer John E. Amari just to get sentenced, because my previous lawyer Michael A. Hensley whom I paid 3,500 dollars had sit on my case for 15 months and did little or nothing to help with my case, get it dropped or get me sentenced. I paid John E. Amari 1,750 dollars just to plea bargain and get me sentenced. I recieved a bad sentence of 20 years split 5 years for a 1st time felony offense of a Class "B" felony, with no prior criminal records at all. me being a mentally ill patient, John Amari used coercion to make me take the sentence saying it was a good sentence, take it, so I trusted him and signed the plea bargain not understanding the law I was accepting a max split sentence. This same day, since John Amari had previously run for a seat in the Senate, he told me he knew several Senators and Congressman. I told him I want to go to Bullock County prison to do my final 2 years in prison as a inmate in general population. John Amari on 8/4/08 the day I got sentenced said if I pay him another 1,000 dollars I will talk to my congressman friends and have you sent to Bullock to do your remaining 2 years of prison. This never happened!~~ -3- John Amari lied to me and stole 1,000 dollars from me. John Amari owes me 1,000 dollars in unrendered services, plus I want 2,000 dollars for time and suffering for John Amari coercioning me into taking

the bad sentence of a 1st time Felony offense, no priors, and a "max split of a Class "B" felony and would not allow me to appeal the sentencing within 42 days. I have the proof of payment of 1,000 dollars to John Amari on 8/4/08. Both of us signed for him to recieve the money. Only lawyers can remove large sums of money from your jail account, no family or friends can remove large sums of money, only lawyers. This incident occurred at Shelby County Corr. Fac. in Columbiana, Alabama in 2008. Tell John Amari Shelby County Circuit Court illegally revoked my probation and resentenced me 15 more years for a probation violation that never occurred in 2010. I have written John E. Amari several times over the last 3 years since being resentenced illegally to prison for a probation violation that never occurred and called both of his offices over 100 times, but he refuses to take my collect calls or even write me back. Even in October of 2010 when they said I violated my probation I asked John Amari to be my lawyer, but he refused. He owes me 1,000 dollars in unrendered original 8/4/08 services, plus 2,000 dollars coercioning me into taking the bad sentence of 20 split 5 years and would not allow me to appeal the sentencing within 42 days and again refusing to be my lawyer in October of 2010 for my alleged probation violation. John Amari recieves his mail because nothing has ever been returned.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Judge John Amari to do one of these two things, either he can pay me back the 1,414 dollars, plus another 2,000 for time and suffering for him refusing to help me or he can file a appeal in court for me for a probation violation that never occurred. I will provide John Amari all the info on my case to do this easy appeal to prove. I want him to visit me, consult with me and take my info and my case

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    (date)

Brian K. Gates
_____
Signature(s)

- 4 -

Statement of Claim and Relief Sought against Judge John Amari

On April 9, 2008, I had to hire, then a normal lawyer John E. Amari just to get sentenced, because my previous lawyer Michael A. Hensley whom I paid 3,500 dollars over a 8 months period had sit on my case for 5 months, and did little or nothing to help with my case or get it dropped or get me sentenced. On April 9, 2008, I paid John E. Amari 1,750 dollars in full just to get a plea bargain and get me sentenced. I recieved a bad sentence of 20 years split 5 years sentence for a 1ST time felony offense of a Class "B" felony, with no prior criminal records history at all. Now, me being a mentally ill patient and taking mind altering drugs and could not think and reason properly - John Amari used coercion to make me take the sentence offered. He repeatively said to me this is a good sentence, take it, so I trusted him and signed the plea bargain form. I could not think or reason, not understanding the law I accepted a maximum split sentence by law. Now the same day I got sentenced on August 4, 2008 John Amari had previously run for a seat in the Senate. He told me he knew several senators and congressman. I told him I want to go to Bullock County prison to do my final 2 years in prison as a inmate in general population. John Amari told me on August 4, 2008, if I would pay him another 1,000 dollars he would talk to his congressman friends and have me sent to Bullock County prison. Then again on September 2, 2008, he decieved me again when I asked him to get nearly everything out of my property at the county jail to pay him an additional 414 dollars to help me get sent to Bullock County prison. This never happened! John Amari lied to me and stole 1,414 dollars from me. Judge, John Amari owes me presently 1,414 dollars. He abandoned me owing unrendered services of 1,414 dollars. My case with him is on-going and present to this day. He is still my lawyer until he either pays back the money or does anymore services for me. John Amari coercioned into taking the bad sentence and from there abandoned me owing unrendered services. I called and wrote John Amari on several occasions after my 20 split 5 years sentence telling him I do not agree with the sentence within the 42 days to appeal the sentencing, but he would not ask the court for a appeal of the sentencing. He said you have a good sentence, I am not going to appeal the sentencing. Now I have proof I am sending you signed by me and John Amari that John withdrew 1,414 dollars from my inmate jail account underlined and has a * asterick beside them and the 1,750 dollars also paid to him to get me sentenced. This is my proof of unrendered services, because I have never been sent to Bullock County prison as a general population inmate. I am sending you 3 property release forms showing you John recieved 1,750 dollars, 1,000 dollars and 414 dollars. Only lawyers are allowed to withdraw large sums of money from your jail account

Both of these incidents of thief of money occurred at Shelby County Correctional Facility in Columbiana, Alabama in 2008. I have written John E. Amari and called him over 100 times in the last 5 years but he refuses to take my calls and refuses to write me back. Even in October of 2010 when I was alleged to violate my probation violation that never occurred I ask John Amari by phone and letter will you again be my lawyer, but he refused saying it was a Conflict of Interest. I was appointed a lawyer, who was no help at all. I was found guilty of a threatening letter that could not be proven to of been written and now 3 years later it still has not been produced to the court. But the judge revoked my probation and resentenced me to prison for 15 more years day by day earning no good time. I know John Amari recieves all the mail I have sent him because no mail has been returned.

Relief Sought: I want John Amari to do one of these 2 things 1.) Pay me back the 1,414 dollars in unrendered service, plus 2,000 dollars for time and suffering for refusing to be my lawyer and coercioning me into taking the bad sentence of 20 split 5 years and would not allow me to appeal my sentence within 42 days time limit. or John Amari can file an appeal in court for me for a probation that never occurred. I will provide John Amari all my information on my case to do this easy appeal to prove. I need a lawyer to prove this incident never occurred. I want John Amari to visit me here, consult with me and take the info on my case and since he is still presently my lawyer because he abandoned me and left owing unrendered service take my case and present it to the Shelby County Circuit Court in Columbiana, Alabama