IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH GATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-00005-SLB-SGC |
| JUDGE JOHN E. AMARI, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on November 17, 2014, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed as time barred and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 8). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as time barred and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). A final judgment will be entered.

**DONE** this 16th day of **December**, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE